# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 3041 Disciplinary Docket No. 3 |
| | : | |
| REBECCA CATHERINE STEIN | : | (Allegheny County Court of Common |
| | : | Pleas, No. CP-02-CR-0007485-2023) |
| | : | |
| | : | Attorney Registration No. 321862 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2024, upon consideration of the Joint Petition to Temporarily Suspend an Attorney, the rule to show cause entered on March 25, 2024, is discharged, and the Joint Petition is granted. Rebecca Catherine Stein is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and shall comply with the provisions of Pa.R.D.E 217.